**Opinion filed July 18, 2024**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00288-CR

_____

## MIGUEL CERVANTES, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Erath County, Texas**
**Trial Court Cause No. 22CRCC-00158**

## M E M O R A N D U M   O P I N I O N

Appellant, Miguel Cervantes, entered an open plea of nolo contendere to the offense of deadly conduct by recklessly engaging in conduct that places another in imminent danger of serious bodily injury, a Class A misdemeanor. *See* TEX. PENAL CODE ANN. § 22.05(a), (e) (West 2019). The trial court accepted Appellant's plea and the parties presented punishment evidence. The trial court heard testimony from

six witnesses, including the victim of the offense, Appellant, and Appellant's family members. The State also introduced judgments of Appellant's prior convictions—two felonies and four misdemeanors. Upon the conclusion of the hearing, the trial court found Appellant guilty of the charged offense and assessed his punishment at confinement for one year in the Erath County Jail.

Appellant's court-appointed counsel has filed a motion to withdraw in this court. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that there are no arguable issues to present on appeal. Counsel provided Appellant with a copy of the brief, a copy of the motion to withdraw, an explanatory letter, and a copy of both the clerk's record and the reporter's record. Counsel also advised Appellant of his right to review the record and file a response to counsel's brief, and of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 68. As such, court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex. Crim. App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex. Crim. App. 1991).

Appellant has not filed a pro se response to counsel's *Anders* brief. Following the procedures outlined in *Anders* and *Schulman*, we have independently reviewed the record, and we agree with counsel that no arguable grounds for appeal exist.[1]

---

[1]Appellant has the right to file a petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment of the trial court.


W. STACY TROTTER

JUSTICE


July 18, 2024

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.